AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Samantha Brown ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11 c 560 |
| Jesus Reyes et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
For the above reasons, the Court grants Reyes's motion to dismiss (Doc. 11) and enters final judgment in favor of the defendants. Plaintiff shall recover nothing. All matters in controversy having been resolved, final judgment is entered in favor of the defendants and against the plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Virginia M. Kendall on a motion to dismiss by the defendants.

Date: Sept. 2, 2011          Michael W. Dobbins, Clerk of Court

                              /s     Tresa S. Abraham